JOHN FOREY, Appellant, *v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, Respondent.

(Argued October 31, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 15, 1887, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*W. P. Goodelle* for appellant.

*Louis Marshall* for respondent.

Agree to affirm; no opinion.

All concur, except FOLLETT, Ch. J., and HAIGHT, J., not sitting.

Judgment affirmed. _____